IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION,                    No. C 12-00265 SI

                    Plaintiff,                    **PRETRIAL PREPARATION ORDER**

    v.

CROWN CHEVROLET,

                    Defendant.

_____/

        It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 20, 2012 at 3:00 p.m.
Counsel ***must*** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2012.

DESIGNATION OF EXPERTS: 1/11/13; REBUTTAL: 2/15/13.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 22, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by March 29, 2013;

        Opp. Due April 12, 2013; Reply Due April 19, 2013;

         and set for hearing no later than May 3, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 11, 2013 at 3:30 PM.

COURT TRIAL DATE: June 24, 2013 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
August 31, 2012 is the deadline for adding new parties.
Plaintiff shall file a request for default as to Crown.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/14/12                          _____
                                        SUSAN ILLSTON
                                        United States District Judge

United States District Court
For the Northern District of California