IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUTOMOTIVE INDUSTRIES PENSION,  No. C 12-00265 SI

        Plaintiff, **PRETRIAL PREPARATION ORDER**

v.

CROWN CHEVROLET,

        Defendant.

    /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 20, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2012.

DESIGNATION OF EXPERTS: 1/11/13; REBUTTAL: 2/15/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 22, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by March 29, 2013;

    Opp. Due April 12, 2013;  Reply Due April 19, 2013;

    and set for hearing no later than May 3, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 11, 2013 at 3:30 PM.

COURT TRIAL DATE: June 24, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
August 31, 2012 is the deadline for adding new parties.
Plaintiff shall file a request for default as to Crown.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/14/12

                                    SUSAN ILLSTON
                                    United States District Judge