1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  ANNE BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA 94104
   Telephone:  (415) 882-7900
5  Facsimile:   (415) 882-9287

6  Attorneys for Plaintiffs
   Automotive Industries Pension
7  Trust Fund, et al.

8  Stephen McKae, Bar No. 66797
   WENDEL, ROSEN, BLACK & DEAN LLP
9  1111 Broadway, 24th Floor
   Oakland, California 94607
10 Telephone: (510) 834-6600
   Facsimile: (510) 834-1928
11 Email: smckae@wendel.com

12 Attorneys for Defendant
   Patrick M. Costello

13              UNITED STATES DISTRICT COURT

14       FOR THE NORTHERN DISTRICT OF CALIFORNIA

15              (SAN FRANCISCO DIVISION)

16 AUTOMOTIVE INDUSTRIES PENSION
   TRUST FUND, JAMES H. BENO, Trustee,        Case No.:  CV 12-0265 SI
17 BILL BRUNELLI, Trustee, STEPHEN J.
   MACK, Trustee, CHRIS CHRISTOPHERSEN,
18 Trustee, DON CROSATTO, Trustee, MARK       **JOINT CASE MANAGEMENT
   HOLLIBUSH, Trustee, JON ROSELLE,           CONFERENCE STATEMENT;
19 Trustee, DOUG CORNFORD, Trustee, and       (~~PROPOSED~~) ORDER**
   JAMES V. CANTERBURY, Trustee,

20
                        Plaintiffs,           Date:      July 20, 2012
21 v.                                         Time:      3:00 p.m.
                                              Courtroom:  10, 19th Floor
22 CROWN CHEVROLET, a California              Judge:     Honorable Susan Illston
   corporation; PATRICK M. COSTELLO, an
23 individual; FLUID MAINTENANCE
   EXPERTS, INC., a California corporation, and  **Complaint filed:   January 18, 2012
24 DOES 1-10,                                     Trial Date:        June 24, 2013**

25
                        Defendants.
26

27     In accordance with Northern District Local Rule 16-10(d), plaintiffs and defendant Patrick

28 M. Costello submit this Joint Case Management Conference Statement, in advance of the further

                                           - 1 -    JOINT CASE MGMT CONF STATEMENT;
                                                    (PROPOSED) ORDER; NO. CV 12-265 SI

P:\CLIENTS\AUTPF\W\CASES\Crown Chevrolet\PLEADINGS\CMC\07-13-12 Joint CMC Statement.doc

1   Case Management Conference scheduled for July 20, 2012.

2        **1.**     <u>**Parties.**</u>

3        Plaintiffs are the Automotive Industries Pension Trust Fund ("the Trust Fund") and its

4   Trustees.  Plaintiffs brought this action under ERISA as amended by the Multiemployer Pension

5   Plan Amendments Act of 1980 ("MPPAA") to recover withdrawal liability and damages for

6   alleged improper transfers of corporate assets.

7        Defendants are Crown Chevrolet, Inc., Fluid Maintenance Experts, Inc., and Patrick M.

8   Costello. Defendants Crown Chevrolet and Fluid Maintenance Experts were served and failed to

9   respond.  Crown's default was entered on March 1, 2012; Fluid Maintenance Experts' default was

10   entered on April 3, 2012.  Patrick M. Costello was served and filed his Answer to Complaint on

11   March 28, 2012, denying liability.

12        **2.**     <u>**Current Schedule.**</u>

13        On May 4, 2012, the Court held the Initial Case Management Conference (Pretrial

14   Minutes, Dkt #22) and set the following schedule:

15        7/20/12     Further Case Management Conference, 3:00 p.m.

16        8/31/12     Deadline for adding new parties and for plaintiffs to file motions
                   for default judgment

17        11/30/12    Discovery cutoff

18        1/11/13     Expert designation

19        2/15/13     Rebuttal experts

20        3/22/13     Expert discovery cutoff

21        5/3/13      Hearing on dispositive motion, 9:00 a.m.
                   (Motion due 3/29/13, Opposition 4/12/13 Reply 4/19/13)

22        6/11/13     Pretrial Conference, 3:30 p.m.

23        6/24/13     Trial, 8:30 a.m. (COURT: 3 Days)

24        **3.**     <u>**Progress Since Initial Case Management Conference.**</u>

25        The plaintiffs and defendant Patrick Costello participated in a mediation session on June

26   18, 2012. The case did not settle. The parties do not believe that further ADR proceedings would

27   be useful at this time.

28        Plaintiffs have been engaged in third party discovery for the purpose of determining whether

JOINT CASE MGMT CONF STATEMENT;
(PROPOSED) ORDER; NO. CV 12-265 SI

1  to add parties. Plaintiffs are still considering whether to do so. The deadline for adding parties is

2  August 31, 2012. Plaintiffs will also propound discovery to defendant Patrick Costello.

3      Plaintiffs are attempting to secure a stipulation for entry of judgment from Crown

4  Chevrolet and Fluid Maintenance, Inc., the defendants who are in default. If a stipulated judgment

5  is not possible, plaintiffs will file motions for default judgment as to these two defendants on or

6  before the deadline of August 31, 2012.

7      **4.      Proposal for Remainder of Case Development Process**

8      The parties do not propose any changes to the current schedule at this time, but request that

9  the Court set a further Case Management Conference on October 12, 2012, at 3:00 p.m., or on

10  such other date in approximately 90 days as is convenient to the Court.

11  Dated: July 13, 2012.                        SALTZMAN & JOHNSON LAW
                                                 CORPORATION
12

13                                               By:    /s/ Anne M. Bevington_____
                                                 Anne M. Bevington
14                                               Attorneys for Plaintiffs

15  Dated: July 13, 2012.                        WENDEL, ROSEN, BLACK & DEAN LLP

16

17                                               By:    /s/ Stephen McKae_____
                                                 Stephen McKae
18                                               Attorneys for Defendant
                                                 Patrick M. Costello

19                                 **ORDER**

20      The Court having considered the Joint Case Management Statement of the parties, a

21  further Case Management Conference is set for __9/14_____, 2012, at 3:00 p.m., in

22  Courtroom 10, 19th Floor, at 3:00 p.m.

23  IT IS SO ORDERED.

24  DATED: ____7/16_____, 2012.        _____
                                          HON. SUSAN ILLSTON
25                                        UNITED STATES DISTRICT JUDGE

26

27

28

P:\CLIENTS\AUTPF\W\CASES\Crown Chevrolet\PLEADINGS\CMC\07-13-12 Joint CMC Statement.doc