1  PHILIP M. MILLER (SBN 87877)
   pmiller@sjlawcorp.com
2  ANNE BEVINGTON (SBN 111320)
   abevington@sjlawcorp.com
3  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
4  San Francisco, CA 94104
   Telephone:  (415) 882-7900
5  Facsimile:   (415) 882-9287

6  Attorneys for Plaintiffs
   Automotive Industries Pension
7  Trust Fund, et al.

8  Stephen McKae, Bar No. 66797
   WENDEL, ROSEN, BLACK & DEAN LLP
9  1111 Broadway, 24th Floor
   Oakland, California 94607
10 Telephone: (510) 834-6600
   Facsimile:  (510) 834-1928
11 Email: smckae@wendel.com

12 Attorneys for Defendant
   Patrick M. Costello

13                 UNITED STATES DISTRICT COURT

14        FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                  (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 16 AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, 17 BILL BRUNELLI, Trustee, STEPHEN J. MACK, Trustee, CHRIS CHRISTOPHERSEN, 18 Trustee, DON CROSATTO, Trustee, MARK HOLLIBUSH, Trustee, JON ROSELLE, 19 Trustee, DOUG CORNFORD, Trustee, and JAMES V. CANTERBURY, Trustee, | Case No.:  CV 12-0265 SI |
| 20                          Plaintiffs, 21 v. | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) ORDER** |
| 22 CROWN CHEVROLET, a California corporation; PATRICK M. COSTELLO, an 23 individual; FLUID MAINTENANCE EXPERTS, INC., a California corporation, and 24 DOES 1-10, | Date:          July 20, 2012 Time:          3:00 p.m. Courtroom:  10, 19th Floor Judge:         Honorable Susan Illston |
| 25                          Defendants. 26 | **Complaint filed:  January 18, 2012 Trial Date:       June 24, 2013** |

27       In accordance with Northern District Local Rule 16-10(d), plaintiffs and defendant Patrick

28 M. Costello submit this Joint Case Management Conference Statement, in advance of the further

                                    - 1 -      JOINT CASE MGMT CONF STATEMENT;
                                               (PROPOSED) ORDER; NO. CV 12-265 SI

P:\CLIENTS\AUTPF\W\CASES\Crown Chevrolet\PLEADINGS\CMC\07-13-12 Joint CMC Statement.doc

1  Case Management Conference scheduled for July 20, 2012.

2      1.      **Parties.**

3          Plaintiffs are the Automotive Industries Pension Trust Fund ("the Trust Fund") and its

4  Trustees.  Plaintiffs brought this action under ERISA as amended by the Multiemployer Pension

5  Plan Amendments Act of 1980 ("MPPAA") to recover withdrawal liability and damages for

6  alleged improper transfers of corporate assets.

7          Defendants are Crown Chevrolet, Inc., Fluid Maintenance Experts, Inc., and Patrick M.

8  Costello. Defendants Crown Chevrolet and Fluid Maintenance Experts were served and failed to

9  respond.  Crown's default was entered on March 1, 2012; Fluid Maintenance Experts' default was

10  entered on April 3, 2012.  Patrick M. Costello was served and filed his Answer to Complaint on

11  March 28, 2012, denying liability.

12      2.      **Current Schedule.**

13          On May 4, 2012, the Court held the Initial Case Management Conference (Pretrial

14  Minutes, Dkt #22) and set the following schedule:

15      7/20/12    Further Case Management Conference, 3:00 p.m.

16      8/31/12    Deadline for adding new parties and for plaintiffs to file motions
                   for default judgment

17      11/30/12    Discovery cutoff

18      1/11/13    Expert designation

19      2/15/13    Rebuttal experts

20      3/22/13    Expert discovery cutoff

21      5/3/13    Hearing on dispositive motion, 9:00 a.m.
                   (Motion due 3/29/13, Opposition 4/12/13 Reply 4/19/13)

22      6/11/13    Pretrial Conference, 3:30 p.m.

23      6/24/13    Trial, 8:30 a.m. (COURT: 3 Days)

24      3.      **Progress Since Initial Case Management Conference.**

25          The plaintiffs and defendant Patrick Costello participated in a mediation session on June

26  18, 2012. The case did not settle. The parties do not believe that further ADR proceedings would

27  be useful at this time.

28          Plaintiffs have been engaged in third party discovery for the purpose of determining whether

    JOINT CASE MGMT CONF STATEMENT;
                          (PROPOSED) ORDER; NO. CV 12-265 SI

P:\CLIENTS\AUTPF\W\CASES\Crown Chevrolet\PLEADINGS\CMC\07-13-12 Joint CMC Statement.doc

1    to add parties. Plaintiffs are still considering whether to do so. The deadline for adding parties is

2    August 31, 2012. Plaintiffs will also propound discovery to defendant Patrick Costello.

3          Plaintiffs are attempting to secure a stipulation for entry of judgment from Crown

4    Chevrolet and Fluid Maintenance, Inc., the defendants who are in default. If a stipulated judgment

5    is not possible, plaintiffs will file motions for default judgment as to these two defendants on or

6    before the deadline of August 31, 2012.

7          **4.      Proposal for Remainder of Case Development Process**

8          The parties do not propose any changes to the current schedule at this time, but request that

9    the Court set a further Case Management Conference on October 12, 2012, at 3:00 p.m., or on

10   such other date in approximately 90 days as is convenient to the Court.

11   Dated: July 13, 2012.                      SALTZMAN & JOHNSON LAW
                                                CORPORATION
12

13                                              By:    _/s/ Anne M. Bevington_____
                                                      Anne M. Bevington
14                                                    Attorneys for Plaintiffs

15   Dated: July 13, 2012.                      WENDEL, ROSEN, BLACK & DEAN LLP

16
                                                By:   __/s/ Stephen McKae_____
17                                                    Stephen McKae
                                                      Attorneys for Defendant
18                                                    Patrick M. Costello

19                                 **ORDER**

20         The Court having considered the Joint Case Management Statement of the parties, a

21   further Case Management Conference is set for __9/14_____, 2012, at 3:00 p.m., in

22   Courtroom 10, 19th Floor, at 3:00 p.m.

23   IT IS SO ORDERED.

24   DATED: ____7/16_____, 2012.        _____
                                          HON. SUSAN ILLSTON
25                                         UNITED STATES DISTRICT JUDGE

26

27

28

                                          - 3 -      JOINT CASE MGMT CONF STATEMENT;
                                                     (PROPOSED) ORDER; NO. CV 12-265 SI